**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                      ) ss.:
COUNTY OF NEW YORK   )

Case No. 08cv5578

      Collins V. Burgess-Jackman, being duly sworn, deposes and says:

      I am not a party to this action, am over the age of eighteen (18) years, and reside at 97-04 Brisbin Street, Jamaica, New York, 11435. On the 27th day of June 2008, I served by hand true and correct copies of the foregoing (1) Summons, (2) Class Action Complaint and Demand for Jury Trial, (3) Civil Cover Sheet upon Benjamin J. Jolley by leaving said documents with Ms. Ira J. Eulin, a black female with short black light brown, being approximately 45 and 55 years old wearing glasses, being an authorized person in Wachovia Corporation to accept service of process at the following address:

      Benjamin J. Jolley
      Wachovia Corporation
      1 Liberty Plaza, 46th Floor
      New York, New York 10006

      _____
      Collins V. Burgess-Jackman

Sworn to before me this
7th day of July 2008

_____
Notary Public

RONALD BUSLOFF
Notary Public, State of New York
No. 02BU6052105
Qualified in New York County
Commission Expires December 11, 20_10_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DENISE A. TUTTLE, On Behalf of Herself and All Others Similarly Situated,

V.

Wachovia Corporation, et al.

SUMMONS IN A CIVIL ACTION

08 CV 5578

CASE NUMBER:

TO: (Name and address of Defendant)

Benjamin J. Jolley
Wachovia Corporation
1 Liberty Plaza
New York, New York 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 20 2008