**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROSE HANSEN, individually and on Behalf of all others similarly situated, <br><br>                       Plaintiff, <br><br> vs. <br><br> WACHOVIA CORPORATION, ET AL., <br><br>                       Defendants. | Civil Action No.: 1:08-cv-5320-NRB |
| TODD A. WRIGHT, Individually and on behalf of all others similarly situated, <br><br>                       Plaintiff, <br><br> vs. <br><br> WACHOVIA CORPORATION, ET AL., <br><br>                       Defendants. | Civil Action No.: 1:08-cv-5324-DC |
| DENISE A. TUTTLE, individually and on behalf of all others similarly situated, <br><br>                       Plaintiff, <br><br> vs. <br><br> WACHOVIA CORPORATION, ET AL., <br><br>                       Defendants. | Civil Action No.: 1:08-cv-5578-DC |

| | |
|---|---|
| ROBERT M. COMINSKY, Individually and on behalf of The Wachovia Savings Plan and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>        Defendants. | Civil Action No.: 1:08-cv-5990-UA |
| JASON T. WILLARD, On Behalf of Himself And All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>        Defendants. | Civil Action No.: 1:08-cv-6196-UA |
| MICHAEL WELCH, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>        Defendants. | Civil Action No.: 1:08-cv-6464 |

**DECLARATION OF JEFFREY M. NORTON  IN SUPPORT
OF PLAINTIFF'S MOTION FOR ENTRY OF PROPOSED
ORDER CONSOLIDATING THE ERISA ACTIONS
<u>AND APPOINTING INTERIM LEAD COUNSEL</u>**

I, Jeffrey M. Norton, declare the following under penalty of perjury:

1.  I am a partner in the law firm of Harwood Feffer LLP and one of the attorneys of record for plaintiff Michael Welch ("Plaintiff") and the proposed class members in the above-captioned action *Welch v. Wachovia Corporation, et al.*, Civil Action No.: 1:08-cv-6464.

2.  I submit this declaration in further support of Plaintiff's motion for consolidation of the above-captioned ERISA actions under the caption *In re Wachovia Corporation ERISA Litigation*, Master File No. 1:08-cv-532 (NRB) (the "Consolidated Action") and for appointment of Harwood Feffer LLP as Interim Lead Counsel for the plaintiffs in the Consolidated Action.

3.  Annexed hereto as Exhibit A is a true and accurate copy of Harwood Feffer LLP's firm resume.

Dated: July 24, 2008

>    ___s/ Jeffrey M. Norton___
> Jeffrey M. Norton (JN-4827)
> Harwood Feffer LLP
> 488 Madison Avenue, 8th Floor
> New York, New York 10022
> Tel: (212) 935-7400
> Fax: (212) 753-3630